Entered: April 7th, 2020
Signed: April 6th, 2020

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**

In Re:

TONYA LAWSON

                Debtor

Case No. 20-10421-DER
Chapter 13

**ORDER CONFIRMING PLAN**

The Plan under Chapter 13 of the Bankruptcy Code having been transmitted to creditor (s) and it having been determined, after hearing on notice, that the requirements for confirmation set forth in 11 U. S. C. §1325 have been satisfied and that the plan complies with the other applicable provisions of the Bankruptcy Code, it is hereby:

**ORDERED**, that the Chapter 13 Plan filed March 17, 2020, is hereby confirmed; and it is further

**ORDERED**, that the property of the estate shall not vest in the Debtor until the Debtor is granted a discharge or the case is dismissed or otherwise terminated; and it is further

**ORDERED**, that the Debtor is directed to pay to the Trustee  the sum of $1,000.00 per month for sixty (60) months on or before the 12th day of each month for a total period of sixty (60) months; and it is further

**ORDERED**, that the Debtor is directed to provide to the Trustee a copy of each Federal income tax return, and any amendment, at the same time it is filed with the taxing authority while the case is pending; and it is further

**ORDERED**, that the Debtor is directed to provide to the Trustee annually not later than 45 days before the anniversary date of this Order, a statement, under penalty of perjury, of (i) the income and expenditures of the debtor during the tax year most recently concluded before such anniversary date, and (ii) the monthly income of the Debtor that shows how income, expenditures, and monthly income are calculated; and which discloses (a) the amount and sources of the Debtor's income, (b) the identity of any person responsible with the Debtor for the support of any dependent, and (c) the identity of any person

who contributed, and the amount contributed, to the household in which Debtor resides.

**TRUSTEE RECOMMENDATION**
The Chapter 13 Trustee represents
that the plan complies with the
provisions of the U.S.C. §1325 and
recommends confirmation.

/s/ REBECCA A. HERR
Chapter 13 Trustee

cc:

TONYA LAWSON
4705 SHAMROCK AVE.
BALTIMORE, MD  21206
*Debtor*

ALEXANDER SANCHEZ
SANCHEZ GARRISON & ASSOCIATES LLP
575 S CHARLEST ST SUITE 404
BALTIMORE, MD  21201
*Attorney for Debtor*

REBECCA A. HERR
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD  21401
*Trustee*

All Creditors and Parties of interest.

**END OF ORDER**